ALEXANDER PFEIFFER, Respondent, v. MAURICE M. STERNBERGER and Another, Appellants, Impleaded with Others.— Order affirmed, with ten

dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.